LAW OFFICE OF
## JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

December 10, 2019

**BY ECF**

Hon. Paul G. Gardephe, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Kourtnei Williams*, 19 Cr. 789 (PGG).

Dear Judge Gardephe:

I am counsel to Kourtnei Williams. Ms. Williams was arrested in the Southern District of Florida and released on various bail conditions. She appeared at the status conference on November 15th. With the consent of A.U.S.A. Mathew Andrews, I request the Court enter an order permitting her continued release on the same bail conditions as set in Florida:

- A $50,000.00 personal recognizance bond co-signed by 2 people;
- Pre-trial supervision as directed;
- Travel restricted to SDNY and EDNY;
- Surrender of passport/travel documents and no new applications for them;
- Maintain or seek fulltime employment;
- No contact with victims, witnesses or co-defendants, except with counsel present; and
- No dissemination of identifying information regarding 911 callers except as necessary for her employment as a 911 operator.

I further request that she have until December 13th to sign the bond and until December 20th to have her co-signers sign it (one will not be back in New York until December 18th.)

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Dec. 11, 2019