| | | |
|---|---|---|
| (Tel) 212-207-9009<br>(Fax) 212-732-1339 | LAW OFFICE OF<br>**JESSE M. SIEGEL**<br>299 Broadway, Suite 800<br>New York, New York 10007 | MEMO ENDORSED<br><br>The Application is granted.<br><br>SO ORDERED:<br><br>*/s/ Paul G. Gardephe*<br>Paul G. Gardephe, U.S.D.J.<br><br>Dated: May 25, 2021 |

May 24, 2021

**BY ECF**

Hon. Paul G. Gardephe, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re: *United States v. Kourtnei Williams*, 19 Cr. 789 (PGG).

Dear Judge Gardephe:

    I represent Kourtnei Williams, a defendant in the above-referenced case. In connection with tomorrow's status conference, I have a scheduling conflict that will arise if the conference extends past 12:30. Should that happen, I request that William J. Stampur, counsel to Tonja Lewis, be permitted to stand in for me at the end of the conference. I have spoken to Ms. Williams, who consents.

    Thank you for your attention to this application.

                            Very truly yours,

                            /s
                            Jesse M. Siegel